# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150615

THOMAS TIBBLE, Bankruptcy Trustee for the
BANKRUPTCY ESTATE OF ROBERT
PRODINGER, D.O., and STEPHEN L.
LANGELAND, Bankruptcy Trustee for the
BANKRUPTCY ESTATE OF BATTLE
CREEK EMERGENCY PHYSICIANS, P.C.,
   Plaintiffs-Appellees,
and

DALE RUSSELL, P.C.,
   Plaintiff,

v

AMERICAN PHYSICIANS CAPITAL INC.,
   Defendant-Appellant.

SC: 150615
COA: 306964
Calhoun CC: 2006-001805-CZ

_____/

   On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2015



t1020

         Clerk